UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                            Plaintiff,

DECISION AND ORDER

05-CR-6127L
07-CV-6257L

                            v.

ADRIAN WHITFIELD,

                            Defendant.
_____

      By *pro se* motion filed August 1, 2007 (Dkt. #154), defendant Adrian Whitfield moves to withdraw his petition filed pursuant to 28 U.S.C. § 2255. That motion is granted and the petition for relief under 28 U.S.C. § 2255 filed May 17, 2007 (Dkt. # 146) is hereby withdrawn and dismissed with prejudice.

      IT IS SO ORDERED.

_____
DAVID G. LARIMER
United States District Judge

Dated: Rochester, New York
       August 3, 2007.